# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

158274(97)

PEOPLE OF THE STATE OF MICHIGAN,
Plaintiff-Appellee,

v

DONALD WAYNE BARNES, III,
Defendant-Appellant.

_____/

SC: 158274
COA: 337113
Oakland CC: 2016-257776-FH

On order of the Chief Justice, the motion of defendant-appellant to accept the late reply that was submitted on October 23, 2018, is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2019



Clerk